# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| FUZIE TANGYIE, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:25-CV-975- |
| v. | § | ALM-AGD |
| | § | |
| WILMINGTON SAVING FUND SOCIETY, | § | |
| FSB, ET AL., | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 2, 2026, the Magistrate Judge entered a Report (Dkt. #20) recommending that this case be remanded to the 431st Judicial District in Denton County, Texas, immediately. No Party filed objections to the Report.

Accordingly, having received the Report of the Magistrate Judge and all other relevant filings, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that this case is **REMANDED** to the 431st Judicial District in Denton County, Texas, immediately.

**IT IS SO ORDERED.**

 **SIGNED** this 1st day of June, 2026.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE